# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## COMPLAINT FORM

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

*Int*
*Christion N Long-8004*26073*

v.

*The Ucon Medical center;*
*The Department of Public Health;*
*The CT- D.O.C jet at which includes*
*but may not be limited*
*to warden Perez of corrigan C.C.*

Case No. _____
(To be supplied by the Court)

Full names of Defendant(s)
(Do not use *et al.*)

## A. PARTIES

1. *Christion N Long* is a citizen of *Connecticut* who
   (Plaintiff)                              (State)
presently resides at *986 Norwich-New London Tnpt Uncasville CT 06382*
                     (mailing address)
*The Ucon Medical center ...*

2. Defendant: _____ is a citizen of *Connecticut*
   (name of first defendant)                        (State)
whose address is *100 Hospital Dr, Farmington, CT 06030;* .

*263 Farmington Ave, Farmington CT 06030*

3. Defendant *CT. Department of Public Health* is a citizen of *Connecticut*
                 (name of second defendant)                              (State)

whose address is *410 Capital Ave, Hartford CT 06134*.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES."  Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION
The jurisdiction of this court is invoked pursuant to: (list statute(s))

*42 USC 1983*

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

I was transported from Corrigan correctional Center to Ucon hospital for a controsted CT-scan. The nurce who was setting up the IV acted in an unprofessional and abusive manner. This was witnessed by 2 other nurces in the room and a D.O.C. officer. This nurce set the first IV up then forced my arm over my head causing the IV to rip out of my arm and squirt blood all over myself, the floor, the nurse and the bed/machine. The second time she set the IV in my left arm this time. I told her the IV didn't feel right, she responded in a nasty manner saying "I know what I'm doing"! she then aggressivly forced my arm over head and began the IV. The contrast pooled under my skin, under bondage and all over myself, the floor and the bed/machine. The test was quickly stopped and the nurce agressivly pulled the IV out of my arm, wiped my arm up the tried to get a third needle in my arm. She was unable to get the needle in my vane correctly so she let the needle hanging partly out of my arm and asked the head nurce to do it. 2The DOC officer later said he had NEVER seen someone so unprofesional and abussive in the hospital before.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations:  (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** Eighth Amendment Liberty Interest Deprivation under the Cruel and unusual punishment and treatment Protection Clause

Supporting Facts:  (Include all facts you consider important, including names of persons involved, places, and dates.  Describe exactly how each defendant is involved.  State the facts clearly in your own words without citing legal authority or argument.)

On March 19, 2026 I was transported from Corrigan C.C. To UCon Hospital, I was scheduled for a CT-scan with contrast. Correctional officer Robinson escorted me from prisoner holding on the 5th floor to the CT-scan Room via wheel chair. Once in the room there was 2 nurses and the CT-scan technition (whom I Refer to as the "Head nurse"). The first nurse (nurse 1), preped me and placed the IV for the contrast in my right arm, she then instructed me to place both my arms over my head. I told her the line wasn't long-enough as my arms were only half way up. She grabed my arm with agression and forced it over my head, ripping the IV out of my arm causing blood to squirt all over the floor, herself, my self and the bed/machine. Nurse 2 came over and placed gause and tape to stop the bleeding. Nurse 1 Then did the IV line in my left arm, I told her it didn't feel right, Nurse 1 responded extremly nasty saying: "I know what I'm doing!"... The head nurse started the contrast, the contrast pooled under my skin, under the IV bandage and leaked all over the place. This was painful also. They immediatly stopped the test then where the nurse one pulled the IV line out agresevly and tried a third time to stick me, when she couldn't find my vein she called the head nurse over to finish the test. the needle hanging out of my left arm while the head nurse came over. CO later said he

~~Claim II:~~   had never seen anything so unprofessional in all his years on the job.

Supporting Facts:

3

## E. REQUEST FOR RELIEF

WHEREFORE, plaintiff demands: (state the relief you seek)

I am seeking $500,000 in damages for the abuse endored at UCON hospital, the nurce to be retrained or relieved of her duties for a time in which she can treat inmate pacients with the same care as any other pacient would be treated.

## F. JURY DEMAND

Do you wish to have a jury trial? Yes        No

_____  
Original signature of attorney (if any)

**Plaintiff's Original Signature**

_____  
Printed Name

Printed Name *Christian N Long*

*986 Norwich - New London Tnpk.*
*Uncasville CT 06382*

( )  
Attorney's full address and telephone

( )  
Plaintiff's full address and telephone

Email address if available

Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _*986 Norwich - New London tnpk Uncasville CT 06382*_ on _*April 1, 2026*_ .  
(location)                                          (date)

_____  
**Plaintiff's Original Signature**

(Rev.3/29/16)

5

# DOC E-Filing Form for the State of Connecticut
## Supreme and Appellate Court

SCANNED at *CCC*
and Emailed
4/7/26 by *MR* . *16* pages
date    initials    No.

Note that only filings directed to the State of Connecticut Supreme Court or Appellate Court may be E-Filed at this time.

Complete the following information and include this form with your filing. An incomplete form may result in your document being returned. File each document separately (appeal, preliminary paper, motion, brief, etc.) with a new DOC E-Filing Form.

**Your Name**

Christian

First

Lorig

Last

**Inmate Number**

426073

**Supreme/Appellate Court Docket Number** (if none, write "none")

None

**Trial Court Docket Number**

```
DOC Use Only

SCANNED at _____
and Submitted

_____  _____  ____ pages
Date    Initials   No.
```

**Trial Court Case Name** (Full name of case)

Christian N Lorig    v.    The UCONN medical center, The Department of public Health, DOC et al which includes but may not be limited to warden Perez of Corrigan CC

**Total Number of Pages** (excluding DOC E-Filing form) __22__

NOTE: if information or pagination on the DOC E-Filing Form conflicts the information on the filing, the information on the filed document will control.

Christian Long                                        4/6/26
IN # 426073
Corrigan C.C.
986 Norwich - New London Tnpke
Uncasville CT 06382



To whom it may concern,

    I would like any and all communications
be sent to my "power of Attorney" (P.O.A.) also
(in addition) to myself. Information is as follows:

    Name: Roberta A Terrell
    Relationship: Mother (Birth - Maternal) & P.O.A.
    Address: 725 Filkins Rd
             Apt B
             Newark, New York 14513